IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | No. CR 09-70451 JL |
| Plaintiff,   ) | |
| ) | **ORDER EXONERATING BOND** |
| v.        ) | |
| ) | |
| JEMI LIE,           ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

The bond previously posted is hereby EXONERATED. The defendant's passport and any security previously posted may be returned to its owner.

IT IS SO ORDERED.

DATED: January 11, 2010

_____
HONORABLE JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

ORDER EXONERATING BOND